

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00207-CR

THE STATE OF TEXAS, APPELLANT

V.

JASON ROYAL, APPELLEE

On Appeal from the County Court
Hale County, Texas
Trial Court No. 2016C-317, Honorable Bill Coleman, Presiding

November 1, 2018

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

The State appealed the trial court's order granting the motion to suppress of appellee Jason Royal. *See* TEX. CODE CRIM. PROC. ANN. art. 44.01(a)(5) (West 2018). Now pending before this court is the State's motion to dismiss its appeal signed by the District Attorney. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at the State's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam

Do not publish.